588

No. 101. HALLIDAY *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Messrs. R. K. Wise* and *Warren E. Miller* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Fendall Marbury, Keith L. Seegmiller,* and *W. Marvin Smith* for the United States.

No. 256. GOLDSTEIN ET AL. *v.* UNITED STATES. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* granted. MR. JUSTICE JACKSON took no part in the consideration and decision of this application. *Mr. Theodore Kiendl* for Dr. Maximilian Goldstein; *Dr. Benjamin Schwartz, Herman Rubin,* and *Irving Elentuch, pro se. Assistant Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Richard H. Demuth, Oscar A. Provost,* and *Louis B. Schwartz* for the United States.

No. 510. COCHRAN *v.* KANSAS ET AL. October 13, 1941. Petition for writ of certiorari to the Supreme Court of Kansas, and motion for leave to proceed further *in forma pauperis,* granted. *C. H. Cochran, pro se.*

No. 61. MEILINK, TRUSTEE IN BANKRUPTCY, *v.* UNEMPLOYMENT RESERVES COMMISSION OF CALIFORNIA. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. John Walton Dinkelspiel* for petitioner.